UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: DAVID MAZAROLI - 128

INDEMNITY INSURANCE CO OF NORTH AMERICA ET AL

Plaintiff(s)

- against -

FEDEX SUPPLY CHAIN SERVICES, INC. ET ANO

Defendant(s)

Index #: 08 CV 5049

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 7G-1619

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on June 4, 2008 at 01:06 PM at

BY CT CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NY10011

deponent served the within true copy of the SUMMONS & COMPLAINT & NOTICE on FEDEX SUPPLY CHAIN SERVICES, INC., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to NORA DINDYLAL personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT & NOTICE as said defendant/respondent and knew said individual to be the PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BROWN | BLACK | 35 | 5'4 | 120 |

MAZAROLI
JUN 6 2008
LAW OFFICE

Sworn to me on: June 5, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 566153