**Indemnity Insurance Co. of North America, et. al., Plaintiff(s)**
vs.
**Fedex Supply Chain Services, Inc, et. al., Defendant(s)**



Service of Process by
# APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 090116-0001

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

—Swift Transporation Co, Inc.
Court Case No. 08 Civ. 5049 (LTS)

DAVID L. MAZAROLI
Mr. David L. Mazaroli
11 Park Place, Suite 1214
New York, NY 10007-2801

State of: **New York** ) ss.
County of: **Onondaga** )
Name of Server: **Frederick J. David**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **June**, 20**08**, at **9:59** o'clock **A** M

Place of Service: at **7470 Round Pond Road**, in **North Syracuse, NY 13212**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint w/Attached Rider; Notice**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Swift Transporation Co, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Robert Spinelli - Transportation Manager**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair **—**
Approx. Age **55**; Approx. Height **6'0"**; Approx. Weight **195**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Frederick J. David_
Signature of Server
**Frederick J. David**
APS International, Ltd.

Subscribed and sworn to before me this **10th** day of **June**, 20**08**

_Mary M. Tabolt_
Notary Public         (Commission Expires)

4/18/11