

LAW OFFICES
## DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

June 17, 2008

**TELEFAX: (212)805-0426**

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Re:   Indemnity Insurance Co. of North America, et al.
      v. FedEx Supply Chain Services, Inc., et al.
      08 Civ. 5049 (LTS) (GWG)
      Our File: 7G-1619

Dear Judge Swain:

I represent the plaintiffs in this cargo loss action. I acknowledge receipt of the Initial Conference Order indicating that a conference is scheduled for September 12, 2008. Due to scheduled overseas travel between September 5 and 23, 2008, I respectfully request that the initial court conference be rescheduled for a date in October. To date there has been no answer or appearance by defense counsel. However, I will promptly inform defendants of the adjourned date for the conference. The Court's attention is appreciated.

Respectfully,

David L. Mazaroli

DLM/jcf

*The initial pretrial conference is adjourned to October 15, 2008, at 4:30 pm.*

**SO ORDERED.**

6/17/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE