UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
INDEMNITY INSURANCE COMPANY OF
NORTH AMERICA; SMITHKLINE BEECHAM CORP.
d/b/a GLAXOSMITHKLINE,

                        Plaintiff,

      -against-

FEDEX SUPPLY CHAIN SERVICES, INC.,
SWIFT TRANSPORTATION CO. INC

                        Defendants.
---------------------------------------------------------------x

08 CV 5049 (LTS)

STIPULATION
EXTENDING TIME
TO ANSWER

      IT IS HEREBY STIPULATED AND AGREED by counsel for the respective parties that Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the period of time specified in Rule 12(a) of the Federal Rules of Civil Procedure, is enlarged and defendants' time to answer is extended to and including July 10, 2008; and it is further

      STIPULATED AND AGREED that facsimile signatures be accepted and that this Stipulation may be signed in counterparts.

Dated:    New York, New York
            June 23, 2008

David L. Mazaroli, Esq.
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, New York 10007
(212) 267-8480

Olivia M. Gross, Esq.
NEWMAN FITCH ALTHEIM MYERS, P.C
Attorneys for FedEx Supply Chain Services, Inc.
14 Wall Street – 22nd Floor
New York, New York 10007
(212) 619-4350

Wendy J. Lindstrom, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Attorneys for Swift Transportaion Co. Inc.
150 E 42nd Street
New York, NY 10017
212-490-3000

SO ORDERED:

_____ 6/24/08
Date      USDJ