# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017-5639  Tel: (212) 490-3000  Fax: (212) 490-3038

New York • Los Angeles • San Francisco • Washington, DC • Newark • Philadelphia • *illegible*
White Plains, NY • Dallas • Albany, NY • San Diego • Houston • Garden City, NY • *illegible* • London
*Affiliate Offices:* Paris • Berlin • Cologne • Frankfurt • Munich

www.wemed.com

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*FILED: JUN 3 0 2008*

June 26, 2008

**VIA FACSIMILE (212) 805-0426**

**MEMORANDUM ENDORSED**
The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiffs' counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Indemnity Insurance Co. of North America v. Fedex Supply Chain
Services, Inc. and Swift Transportation Co., Inc.
Docket No.     : 08 CV 5049 (LTS)
Our File No.   : 07214.00089

Dear Judge Swain:

I represent the Defendant, Swift Transportation Co., Inc. in this cargo loss action. I acknowledge receipt of the Initial Conference Order indicating that the conference originally scheduled for September 12, 2008 was adjourned to October 15, 2008 because of plaintiffs' attorney's international travel. Unfortunately, I will be attending a Women's International Shipping and Trade Conference in New Orleans on October 15, 2008.

After inquiring with your Law Clerk, Tyler, about your availability and corresponding with all parties concerning their availability, I respectfully request that the conference be adjourned to November 7, 2008 at 11:00 a.m.

If Your Honor kindly adjourns the conference, I will promptly confirm the new date with all parties. The Court's attention is appreciated.

Respectfully,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Wendy J. Lindstrom*

Wendy J. Lindstrom (WL 2940)

WJL/sw     The request is granted.

SO ORDERED.

*/s/ Laura Taylor Swain  6/27/2008*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

3275893.1