Gregory S. Katz (GK 6584)
Wendy J. Lindstrom (WL 2940)
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
Attorneys for Defendant, Swift Transportation Co. Inc.
150 East 42nd Street
New York, New York  10017
(212) 490-3000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
INDEMNITY INSURANCE CO. OF NORTH
AMERICA; SMITHKLINE BEECHAM CORP.
d/b/a GLAXOSMITHKLINE,

                                 Plaintiffs,

   -against-

FEDEX SUPPLY CHAIN SERVICES, INC.;
SWIFT TRANSPORTATION CO. INC.,
                                 Defendants.
-----------------------------------------------------------------x

08 CV 5049 (LTS)

**STATEMENT PURSUANT**
**TO RULE 7.1**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held.

     Swift Transportation Co., Inc. is not a publicly traded company.

Dated: New York, New York
       July 8, 2008

                                              WILSON, ELSER, MOSKOWITZ, EDELMAN
                                              & DICKER LLP

                                              By: *Wendy J. Lindstrom*
                                                   Wendy J. Lindstrom (WL 2940)
                                                   Wilson, Elser, Moskowitz, Edelman
                                                   & Dicker, LLP
                                                   Attorneys for Defendant
                                                   Swift Transportation Co. Inc.
                                                   150 East 42nd Street
                                                   New York, New York  10017
                                                   (212) 490-3000

3279524.1

## CERTIFICATE OF SERVICE

  I, Wendy J. Lindstrom, hereby certify that I electronically filed the Rule 7.1 Statement on behalf of Defendant, Swift Transportation Co., Inc. with the Clerk of the Court by using the CM/ECF system which will send notification of such filing(s) electronically to the following:

  David L. Mazaroli, Esq.
  *Attorney for Plaintiffs*
  11 Park Place – Suite 1214
  New York, NY 10007
  Fax: 212-732-7352

I hereby certify that I mailed courtesy copy of the Rule 7.1 Statement to:

  Olivia M. Gross, Esq.
  Newman Fitch Altheim Myers, P.C.
  *Attorneys for Defendant, FedEx Supply Chain Services, Inc.*
  14 Wall Street
  New York, NY 10005-2101
  Fax: 212-619-3622

  Michael W. Higginbotham, Esq.
  *Senior Counsel, Litigation FedEx Express*
  3620 Hacks Cross Road
  Building B - 3d Floor
  Memphis, Tennessee 38125

Dated: July 8, 2008

                *Wendy J. Lindstrom*
                Wendy J. Lindstrom (2940)