Olivia M. Gross, Esq.
Newman Fitch Altheim Myers, P.C.
14 Wall Street, 22nd Floor
New York, New York 10005-2101
212-619-4350 – Telephone
212-619-3622 – Fax
e-mail: ogross@nfam.com

---------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
            :   ECF CASE
INDEMNITY INSURANCE CO. OF NORTH
AMERICA; SMITHKLINE BEECHAM CORP.  :
d/b/a GLAXOSMITHKLINE,
            08 Civ. 5049 (LTS)
            :
                    Plaintiffs,
                **DEFENDANT'S RULE**
                **7.1 CERTIFICATION**
            :
    - against -
            :
FEDEX SUPPLY CHAIN SERVICES, INC.;
SWIFT TRANSPORTATION CO. INC.    :

                    Defendants.    :
---------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for Defendant, FedEx Supply Chain Services, Inc., hereby certifies that:

(1)   The full name of the party the attorney represents in this case is FedEx Supply Chain Services, Inc.

(2)   The parent corporation of FedEx Supply Chain Services, Inc. is FedEx Global Supply Chain Services, Inc.

  (3) The parent corporation of FedEx Global Supply Chain Services, Inc. is FedEx Corporate Services, Inc.

  (4) The parent corporation of FedEx Corporate Services, Inc. is FedEx Corporation. FedEx Corporation owns 100% of the stock FedEx Corporate Services, Inc.

DATED: New York, NY
     July 9, 2008

          Respectfully submitted,

          NEWMAN FITCH ALTHEIM MYERS, P.C.
          Attorneys for Defendant
          FEDEX SUPPLY CHAIN SERVICES, INC.

          _____
          Olivia M. Gross [OMG 6008]
          14 Wall Street
          22nd Floor
          New York, New York 10005-2101
          Telephone: (212) 619-4350

Of Counsel:
R. Jeffery Kelsey, Esquire
Michael W. Higginbotham, Esquire
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125
Telephone: (901) 434-8570

TO:
David L. Mazaroli, Esquire
11 Park Place – Suite 1214
New York, New York 10007

Wendy J. Lindtrom, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639